IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:04-CR-0069 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **TRINA SMITH** | : | |

## ORDER

AND NOW, this 29th day of January, 2007, upon consideration of defendant's motion (Doc. 77) for release on bond,[1] and the court finding that defendant has not established any grounds sufficient to warrant release, see 18 U.S.C. § 3143(b)(1) (permitting a defendant to be released pending appeal only when there exists a "substantial question of law of fact likely to result in reversal"), it is hereby ORDERED that the motion (Doc. 77) for release on bond is DENIED.

    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge

---

[1] Defendant has filed a motion to vacate under 28 U.S.C. § 2255, a motion for relief of sentence, and a petition for writ of habeas corpus. (See Docs. 59, 73, 74.) Defendant has also filed a direct appeal with the United States Court of Appeals for the Third Circuit. (See Docs. 58, 67.)