# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:04-CR-0069** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **TRINA SMITH** | : | |

## ORDER

AND NOW, this 26th day of September, 2007, in light of the mandate issued by the United States Court of Appeals for the Third Circuit (Doc. 79), denying defendant's direct appeal from the sentence imposed by this court on January 27, 2005, and upon consideration of defendant's recent filing of a timely motion to vacate her sentence pursuant to 28 U.S.C. § 2255 (Doc. 80), and of defendant's earlier motions to vacate (Docs. 59, 73, 74), and the court finding that a defendant is permitted to file only one motion to vacate pursuant to 28 U.S.C. § 2255 as a matter of right, see id. (providing that a "second or successive motion" under § 2255 may be filed only in limited circumstances and with approval by a court of appeals), it is hereby ORDERED that defendant's earlier motions to vacate (Docs. 59, 73, 74) are deemed WITHDRAWN.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge